THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10431 AVONDALE ROAD NE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC,<br><br>    Defendants. | Case No. 2:25-CV-1557-BJR<br><br>**ORDER GRANTING THIRD PARTY-DEFENDANT MASTEC ENTITIES' MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S THIRD-PARTY COMPLAINT [DOCKET NO. 52]** |
| 10431 AVONDALE ROAD NE LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MASTEC SERVICES COMPANY INC.; MASTEC NETWORK SOLUTIONS INC.; MASTEC NETWORK SOLUTIONS LLC; MASTEC NORTH AMERICA INC.; MASTEC INC.,<br><br>    Third-Party Defendants. | |

Having considered Third-Party Defendants MasTec Services Company, Inc., MasTec Network Solutions, Inc., MasTec North America, Inc., MasTec Network Solutions, LLC, and MasTec, Inc.'s, (collectively "MasTec") Motion For Leave To File Answer To Plaintiff's Third-Party Complaint (Dkt. 52) (the "Motion"):

ORDER GRANTING THIRD PARTY-DEFENDANT MASTEC ENTITIES' MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S THIRD-PARTY COMPLAINT [DOCKET NO. 52] - 1
(CASE NO. 2:25-CV-1557-BJR)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

IT IS HEREBY ORDERED that the Motion is GRANTED and MasTec is permitted to file its Answer to Plaintiff's Third-Party Complaint, attached as Exhibit A to the Motion. The Answer must be filed within five (5) days of service of this order. Plaintiff's Motion for Default (Dkt. 37) is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated: November 24, 2025.

_____
The Honorable Barbara J. Rothstein
United States District Judge

RESPECTFULLY PRESENTED BY:

COZEN O'CONNOR

*/ s / James P. Mullins*
Robert D. Lee, WSBA No. 46682
James P. Mullins, WSBA No. 52804
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000
Email: rlee@cozen.com
Email: jmullins@cozen.com

*Attorneys for Third-Party Defendants Mastec Services Company Inc., Mastec Network Solutions Inc., Mastec Network Solutions LLC, Mastec North America Inc., and Mastec Inc.*

ORDER GRANTING THIRD PARTY-DEFENDANT MASTEC ENTITIES' MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S THIRD-PARTY COMPLAINT [DOCKET NO. 52] - 2
(CASE NO. 2:25-CV-1557-BJR)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I electronically filed the foregoing document and any attachments with the Clerk of the Court using the CM/ECF system which sent notification of that filing to the parties as registered.

DATED: November 24, 2025.

*/s/ Jennifer Rodriguez*
Jennifer Rodriguez, ARC Legal Assistant
E-mail: jenniferrodriguez@cozen.com

ORDER GRANTING THIRD PARTY-DEFENDANT MASTEC ENTITIES' MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S THIRD-PARTY COMPLAINT [DOCKET NO. 52] - 3
(CASE NO. 2:25-CV-1557-BJR)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000